# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 16, 2023

Lyle W. Cayce
Clerk

———————

No. 22-20534
Summary Calendar

———————

Austin Thompson Hughes,

*Plaintiff—Appellee*,

*versus*

Art Acevedo; Michael Garcia; Joshua Few; James
Seymour,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1994

_____

Before Clement, Southwick, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

This case involves claims of unlawful arrest and assertions of qualified immunity. But the appellants here appealed not a written final judgment, but rather oral statements made during a status hearing on a motion to dismiss. Then, when the district court eventually memorialized those statements in writing and declined to dismiss the case on qualified immunity grounds, the

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20534

appellants again appealed. That second appeal has been docketed separately, rendering this first appeal moot. *See FTC v. Nat'l Bus. Consultants, Inc.*, 376 F.3d 317, 318 n.1 (5th Cir. 2004).

Thus, this case is DISMISSED AS MOOT.